CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/28/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| N. K., AN INFANT, BY SHORRI KING, HER NEXT FRIEND, <br><br> Plaintiff, <br> v. <br><br> CHARLIE W. BRANHAM and ECO HAULING, INC., <br><br> Defendants. | Case No. 6:21CV00042 |

### NOTICE OF REMOVAL

**COMES NOW**, Defendants, Charlie W. Branham and Eco Hauling, Inc. (hereinafter collectively as "Defendants"), by and through the undersigned counsel, hereby give notice of removal of the above action from the Circuit Court for the County of Rockbridge (hereinafter "Circuit Court"), to the United States District Court for the Western District of Virginia, Lynchburg Division, pursuant to 28 U.S.C. §1332(a), §1441, and §1446.

As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, the Defendants state as follows:

1. Pending in the Circuit Court for the County of Rockbridge, Virginia, there is a Complaint styled *N. K., an Infant, by Shorri King, her next friend v. Charlie W. Branham and Eco Hauling, Inc.*, under case number CL21000517-00 (hereinafter "the State Court Action"). The Complaint in the State Court Action was filed on or about July 6, 2021 and is attached hereto as **Exhibit "A"**.

2. Defendant Eco Hauling, Inc., was served with a copy of the Complaint in the State Court Action on or about July 13, 2021.

3. Defendant Charlie W. Branham received a mailed copy of the Complaint on or about July 7, 2021 at his Virginia address.

4. There have been no further proceedings in the State Court Action.

5. This Notice of Removal is filed within thirty (30) days upon which Defendants first received a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. §1446(b).

7. The State Court Action is properly removed under 28 U.S.C. §1441(a) because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as explained below.

8. Defendants are informed and believe that Plaintiff, N. K., an infant, and Shorri King, her next friend, reside in the State of Tennessee due to the following:

(a) Contained within the documents provided by Plaintiff to Defendants' insurance carrier on or about January 6, 2020, are medical records listing Plaintiff's address as 2106 Cypress Dr., Murfeesboro, Tennessee 37130. Attached as **Exhibit "B"** are portions of the aforementioned records.

9. Plaintiff's Complaint seeks damages in the amount of Two Hundred Thousand Dollars and No Cents ($200,000.00)

10. Eco Hauling, Inc., is a stock corporation of the Commonwealth of Virginia with its principal office located at 384 Pendleton Road, Mineral, Virginia 23117, as evidenced by the SCC Clerk's Information System results attached hereto as **Exhibit "C"**.

11. Charlie Branham is a Virginia resident.

12.     This action is properly moved on the grounds of diversity jurisdiction because (a) complete diversity exists between the Plaintiff and Defendants, and (b) the amount in controversy herein exceeds the sum or value of Seventy-Five Thousand Dollars and No Cents ($75,000.00), exclusive of interest and costs.

13.     Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for the County of Henrico, Virginia, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants Charlie W. Branham and Eco Hauling, Inc., respectfully request that this case proceed before this Court as an action properly removed.

Respectfully submitted,

CHARLIE W. BRANHAM AND ECO HAULING, INC.

By: /s/ Donald E. Morris

Donald E. Morris, Esq. (VSB #72410)
Robert Harrington & Associates
1011 Boulder Springs Drive, Ste. 250
Richmond, Virginia 23225
Direct Line: (804) 422-6181; Fax: (855) 721-4005
E-mail: donald.morris@selective.com

*Counsel for Defendants Charlie W. Branham and ECO Hauling, Inc.*

## CERTIFICATE OF SERVICE

On July 28, 2021, I hereby certify that the foregoing document was e-mailed to counsel for Plaintiff, Kristopher R. Olin, Esq. of the lawfirm Spicer Olin & Associates, PC located at 504 South Main Street, Blacksburg, Virginia 24060, with the e-mail address of kolin@spicerlawfirm.com.

By: /s/Donald E. Morris
Donald E. Morris, Esq.