US POSTAGE
$ 002.20
AUG 09 20
0006100828
MAILED FROM ZIP CODE 244

02 7H

FIRST-CLASS

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 1 3 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

6:21 CV 42

MICHELLE M. TROUT, Clerk
Rockbridge County Circuit Court
20 South Randolph Street, Suite 101
Lexington, Virginia 24450

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
1101 COURT STREET, SUITE A66
LYNCHBURG, VA   24504

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/29/2021
JULIA C. DUDLEY, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | | |
|---|---|---|
| N.K., An Infant, | ) | |
| By Shorri King, Her Next Friend | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 6:21CV00042 |
| | ) | State Court No. CL21000517-00 |
| v. | ) | |
| | ) | **O R D E R** |
| Charlie W. Branham and | ) | |
| ECO Hauling, Inc. | ) | |
| | ) | |
| Defendant(s). | ) | |

This case was recently removed from the Circuit Court for Rockbridge County to the United States District Court for the Western District of Virginia at Lynchburg. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 1101 Court Street, Suite A66, Lynchburg, VA 24504, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Rockbridge County.

ENTERED:  July 29, 2021

A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Senior United States District Judge

MIME-Version:1.0 From:ecfnoticing@vawd.uscourts.gov To:vawd_ecf_nef@vawd.uscourts.gov Bcc: Message-Id:<3844109@vawd.uscourts.gov>Subject:Activity in Case 6:21-cv-00042-NKM N.K., An Infant v. Branham et al Order Requesting State Court Record Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

Notice of Electronic Filing
The following transaction was entered on 7/29/2021 at 2:35 PM EDT and filed on 7/29/2021

| | |
|---|---|
| Case Name: | N.K., An Infant v. Branham et al |
| Case Number: | 6:21-cv-00042-NKM |
| Filer: | |
| Document Number: | 3 |

Docket Text:
Order Requesting Transmittal of Case File from Rockbridge Circuit Court. Signed by Senior Judge Norman K. Moon on July 29, 2021. (ca)

6:21-cv-00042-NKM Notice has been electronically mailed to:
Donald Edward Morris    donald.morris@selective.com, tasha.linton@selective.com
Kristopher Robert Olin    kolin@spicerlawfirm.com, hsmith@spicerlawfirm.com, kbrogan@spicerlawfirm.com
6:21-cv-00042-NKM Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1052918722 [Date=7/29/2021] [FileNumber=3844107-0
] [9a5246e342b025423218a03cd1af0f3eebf203b6bc3604bf574364459b1d8a335c3
21f048a1ab8363d3c1aa3091e172f6ee8d37816e77d2df2421bb18c452312]]

Rockbridge Circuit Court
Rockbridge County Courthouse
20 South Randolph Street, Suite 101
Lexington, VA 24450-2252

**OFFICIAL RECEIPT**
**ROCKBRIDGE COUNTY CIRCUIT COURT**
**CIVIL**



COURT ADDRESS:
20 SOUTH RANDOLPH STREET, SUITE 101
LEXINGTON, VA. 24450
PHONE # :540-463-2232

Receipt : 2100005089

DATE : 07/06/2021                           TIME : 14:44:26
RECEIPT # : 2100005089          TRANSACTION # : 2107060034
CASHIER : SRW                          REGISTER # : B591
CASE COMMENTS : KING, NYAH v. BRANHAM, CHARLIE W
SUIT AMOUNT : $200,000.00
ACCOUNT OF : KING, NYAH
    PAID BY : SPICER, OLIN & ASSOCIATES, P.C.
    CHECK : $319.00          CHECK NUMBER : 17895
DESCRIPTION 1 : MV:MOTOR VEHICLE
          2 : PLAINTIFF: KING, NYAH
          3 : NO HEARING SCHEDULED

CASE # : 163CL2100051700

FILING TYPE : MV

PAYMENT : FULL PAYMENT

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 206 | SHERIFF FEES | $24.00 |
| 228 | COURTHOUSE CONSTRUCTION FEE (CHCF) | $3.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $240.00 |

TENDERED : $           319.00
AMOUNT PAID : $           319.00

PAYOR'S COPY

CLERK OF COURT : MICHELLE M. TROUT

RECEIPT COPY 1 OF 1

**VIRGINIA:   IN THE CIRCUIT COURT FOR ROCKBRIDGE COUNTY**

NYAH KING, AN INFANT, BY
SHORRI KING, HER NEXT
FRIEND,

          *Plaintiff,*

*v.*

CHARLIE W. BRANHAM

Serve: 5029 Kloeckner Road

      Gordonsville, VA 22942


AND


ECO HAULING INC.

Serve:  Chad Koslow,
      Registered Agent
      4509 Sadler Grove Court
      Glen Allen, VA 23060

        *Defendants.*

Case No. CL21000517-00

## COMPLAINT

COMES NOW, the plaintiff, Nyah King, an infant, who sues by her next friend, Shorri King, by counsel, and moves for judgment against defendants, Charlie W. Branham ("Branham") and ECO Hauling, Inc. ("ECO Hauling") jointly and severally, on the grounds and in the amount set forth below:

1.     On or about June 1, 2015, the Plaintiff was a passenger in an automobile, driven by Alexander S. King. This automobile was traveling east on Route 606 in Rockbridge County, Virginia.



SPICER, OLIN &
ASSOCIATES, P.C.
504 S. MAIN ST.
BLACKSBURG, VA
24060

2.     The vehicle, of which Plaintiff was a passenger, was lawfully traveling east in their lane at the time of the accident on said highway.

3.     At the same time and place, the defendant Branham was operating a truck owned and/or leased by defendant ECO Hauling.

3.     At that time and place, defendant Branham was an employee (agent) acting within the scope of his authority and on behalf of the defendant ECO Hauling.

4.     At that time and place it was duty of defendant Branham to operate his vehicle with reasonable care and with due regard for others using the road.

5.     Notwithstanding said duties, defendant Branham carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently operated his vehicle with a conscious disregard for others so that it collided with the plaintiff's vehicle with great force and violence.  Defendant Branham was negligent in that he:

(a)     Failed to keep a proper lookout;

(b)     Failed to obey traffic signs;

(c)     Failed to maintain their lane;

(d)     Failed to maintain proper control of his vehicle;

(e)     Operated his vehicle unreasonably under the circumstances and conditions then and there existing; and

(f)     Breached other duties as discovered during discovery in this matter.

6.     As a result of the motor vehicle crash at issue, defendant Branham was charged with driving vehicle which is not under control pursuant to Virginia Code § 46.2-853.

7.     Defendant ECO Hauling had a duty to properly hire, retain, and entrust its vehicles to persons who are fit for duty as a commercial driver.

8.     Notwithstanding said duties, defendant ECO Hauling carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently hired, retained, and entrusted defendant Branham with driving a commercial vehicle which it owned or leased, even though it knew, or had reason to know, that defendant Branham was an unfit driver likely to cause harm to others, which were the proximate cause of this accident.

9.     Defendant ECO Hauling had a duty to ensure that its vehicles, drivers, and operations followed the provisions of either the Virginia Motor Carrier Safety Regulations (19VAC30-20, et al.) or the Federal Motor Carrier Safety Regulations (49 CFR Chapter III).

10.     Notwithstanding said duties, defendant ECO Hauling carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently failed to follow a number of the applicable regulations, which were the proximate cause of this accident.

11.     As a direct and proximate result of the carelessness, negligence, gross negligence and recklessness of the defendants, the plaintiff, Nyah King, was caused to sustain serious and permanent injuries, has been prevented from transacting her business and has suffered and will continue to suffer great pain to body and mind, including excruciating and agonizing pains, aches, mental anguish, emotional distress, loss of enjoyment of life, humiliation and limitation in restriction of her usual duties, pursuits and pleasures and has sustained permanent disability and has occurred and will incur in the future hospital, doctors and related bills in an effort to be cured of said injuries.

WHEREFORE, the plaintiff, Nyah King, an infant, by her next friend, Shorri

King demands judgment against the defendant, in the sum of Two Hundred

Thousand Dollars ($200,000.00) in compensatory damages, with her costs

expended in this action, all with interest as allowed by law.

### TRIAL BY JURY IS HEREBY DEMANDED

Respectfully Submitted,
NYAH KING, AN INFANT, BY HER NEXT
FRIEND SHORRI KING

By:

Of Counsel

Kristopher R. Olin (VSB No.: 78890)
SPICER OLIN & ASSOCIATES, PC
504 South Main Street
Blacksburg, VA 24060
(540) 552-0007 telephone
(540) 951-5139 facsimile
*Attorney for the Plaintiff*

## CERTIFICATE OF MAILING

I, Kristopher R. Olin, do hereby certify that on this 29th day of June, 2021 a true and correct copy of the foregoing Complaint was mailed, postage prepaid, to the following individuals:

Charlie W. Branham
5029 Kloeckner road
Gordonsville, VA 22942

ECO Hauling, Inc.
R.A.: Chad Koslow
4509 Sadler Grove Court
Glen Allen, VA 23060

Jeffrey Shreve, Claims Adjuster
Selective Insurance Company of America
P.O. Box 7262
London, KY 47042

_____
Kristopher R. Olin

VALIDATE CASE PAPERS
RCPT : 21000005084
DATE : 07/06/2021 TIME: 14:44
CASE : 163CL21000517-00
ACCT : KING, NYAH
AMT. : $319.00



SPICER, OLIN & ASSOCIATES, P.C.

JOHN N. SPICER | Licensed in Virginia, Texas, & Nebraska          KRISTOPHER R. OLIN | Licensed in Virginia

June 29, 2021

Hon. Michelle M. Trout, Clerk
Rockbridge County Circuit Court
20 South Randolph Street, Suite 101
Lexington, VA 24450

> RE:   Nyah King, an infant, by Shorri King, her next friend v. Charlie W. Branham, et al.
>        Rockbridge County Circuit Court Case No.:
>        Our File No.: L18-1360

Dear Ms. Trout,

Please find enclosed an original Complaint and Cover Page regarding the above-captioned matter, with a check in the amount of $319.00 to cover the cost of filing and two (2) service. Please direct the Sheriff to serve the following:

Charlie W. Branham                    ECO Hauling Inc. R.A.: Chad Koslow
5029 Kloeckner Road                   4509 Sadler Grove Court
Gordonsville, VA 22942                Glen Allen, VA 23060

Thank you in advance for your time and attention to this matter, and please do not hesitate to contact me with any questions or concerns you may have.

Kind regards,

Kristopher R. Olin

Enclosures
KRO/kb
cc:     Shorri King (w/ encl.)
         Charlie Branham (w/ encl.)
         ECO Hauling Inc. (w/ encl.)
         Selective Insurance (w/encl.)

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. CL21000517.00
(CLERK'S OFFICE USE ONLY)

Rockbridge County ......................................................................... Circuit Court

Nyah King, an infant, by her next friend, Shorri King     v./In re:     Charlie W. Branham
PLAINTIFF(S)                                                                          DEFENDANT(S)

ECO Hauling Inc.

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or
   driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[x] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of
   (select one)
   [ ] ABC Board
   [ ] Board of Zoning
   [ ] Compensation Board
   [ ] DMV License Suspension
   [ ] Employee Grievance Decision
   [ ] Employment Commission
   [ ] Local Government
   [ ] Marine Resources Commission
   [ ] School Board
   [ ] Voter Registration
   [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive
   Pleading
[ ] Child Abuse and Neglect – Unfounded
   Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement –
     Custody/Visitation/Support/Equitable
     Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
   [ ] Impress/Declare/Create
   [ ] Reformation
[ ] Will (select one)
   [ ] Construe
   [ ] Contested

## MISCELLANEOUS
[ ] Amend Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured
   Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd
     Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[x] Damages in the amount of $ 200,000.00 ............................ are claimed.

06/29/2021
DATE

[ ] PLAINTIFF   [ ] DEFENDANT   [x] ATTORNEY FOR   [x] PLAINTIFF
                                                             [ ] DEFENDANT

Kristopher R. Olin
PRINT NAME

504 South Main Street
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

Blacksburg, VA 24060

(540) 552-0007

EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

Accounting .................................................. ACCT
Adoption ..................................................... ADOP
Adoption – Foreign .................................... FORA
Adult Protection ......................................... PROT
Aid and Guidance ....................................... AID
Amend Death Certificate ........................... ADC
Annexation ................................................ ANEX
Annulment ................................................. ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
    ABC Board ........................................... ABC
    Board of Zoning ................................... ZONE
    Compensation Board ............................. ACOM
    DMV License Suspension ...................... JR
    Employment Commission ..................... EMP
    Employment Grievance Decision .......... GRV
    Local Government ................................. GOVT
    Marine Resources ................................. MAR
    School Board ........................................ JR
    Voter Registration ................................ AVOT
    Other Administrative Appeal ................ AAPL
Appointment
    Conservator of Peace ........................... COP
    Church Trustee ..................................... AOCT
    Custodian/Successor Custodian (UTMA) ...... UTMA
    Guardian/Conservator .......................... APPT
    Marriage Celebrant .............................. ROMC
    Standby Guardian/Conservator ............. STND
Approval of Transfer of Structured Settlement ....... SS
Asbestos Litigation ..................................... AL
Attachment ................................................. ATT
Bond Forfeiture Appeal .............................. BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ........................................... CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages .......... CTP
Complaint – (Miscellaneous) ...................... COM
Compromise Settlement .............................. COMP
Condemnation ............................................ COND
Confessed Judgment ................................... CJ
Contract Action .......................................... CNTR
Contract Specific Performance ................... PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ............................................... CC
Cross Claim ............................................... CROS
Declaratory Judgment ................................ DECL
Declare Death ............................................. DDTH
Detinue ...................................................... DET
Divorce
    Complaint – Contested/Uncontested ..... DIV
    Counterclaim/Responsive Pleading ...... DCRP
    Reinstatement – Custody/Visitation/Support/
    Equitable Distribution ......................... CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ...... DRIV
    Restoration – Habitual Offender or
    3rd Offense .......................................... REST

Ejectment ................................................... EJET
Encumber/Sell Real Estate .......................... RE
Enforce Vendor's Lien ................................ VEND
Escheatment ............................................... ESC
Establish Boundaries .................................. ESTB
Expungement .............................................. XPUN
Forfeiture of Property or Money ................. FORF
Freedom of Information ............................... FOI
Garnishment ............................................... GARN
Injunction ................................................... INJ
Intentional Tort .......................................... ITOR
Interdiction ................................................. INTD
Interpleader ................................................ INTP
Interrogatory .............................................. INTR
Judgment Lien – Bill to Enforce ................. LIEN
Landlord/Tenant ......................................... LT
Law Enforcement/Public Official Petition ... LEP
Mechanics Lien .......................................... MECH
Medical Malpractice ................................... MED
Motor Vehicle Tort ..................................... MV
Name Change .............................................. NC
Other General Tort Liability ....................... GTOR
Partition ..................................................... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) .......................... PET
Product Liability ......................................... PROD
Quiet Title .................................................. QT
Referendum Elections ................................. ELEC
Reinstatement (Other than divorce or driving
    privileges) ........................................... REIN
Removal of Case to Federal Court .............. REM
Restore Firearms Rights – Felony .............. RFRF
Restore Firearms Rights – Review ............. RFRR
Separate Maintenance ................................. SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading .............................................. SCRP
Sever Order ................................................ SEVR
Sex Change ................................................ COS
Taxes
    Correct Erroneous State/Local ............. CTAX
    Delinquent ........................................... DTAX
Termination of Mineral Rights .................... MIN
Trust – Impress/Declare/Create .................. TRST
Trust – Reformation .................................... REFT
Uniform Foreign Country Money Judgments ...... RFCJ
Unlawful Detainer ...................................... UD
Vehicle Confiscation .................................. VEH
Voting Rights – Restoration ........................ VOTE
Will Construction ....................................... CNST
Will Contested ............................................ WILL
Writs
    Certiorari ............................................. WC
    Habeas Corpus .................................... WHC
    Mandamus ........................................... WM
    Prohibition .......................................... WP
    Quo Warranto ..................................... WQW
Wrongful Death .......................................... WD

FILED
ROCKBRIDGE COUNTY
CIRCUIT COURT

2021 JUL -6 P 2: 45

CLERK/DEP. CLERK

**PROOF OF SERVICE**

COMMONWEALTH OF VIRGINIA
Rule 3:6

Case No. ..... CL21000517-00

Service No. ................................................ (Clerk's use only)

ROCKBRIDGE ............................................ Circuit Court

20 SOUTH RANDOLPH STREET, SUITE 101, LEXINGTON, VIRGINIA 24450

ADDRESS OF COURT

KING, NYAH, (AN INFANT), KING, SHORRI       v.       ECO HAULING

Service on: CHAD KOSLOW, REGISTERED AGENT   3538618 (6)

4509 SADLER GROVE COURT                  HENRICO COUNTY
GLEN ALLEN, VA 23060                     CITY OR COUNTY

---

Return shall be made hereon, showing service of the following:

[X] Summons issued on: ............ JULY 6, 2021

DATE

[ ] Order dated ..............................................................

[ ] .........................................................

---

with a copy of the following documents filed on ............ JULY 6, 2021 ............ attached:

DATE

COMPLAINT

*(stamps: FILED ROCKBRIDGE COUNTY CIRCUIT COURT 2021 JUL 9 P 12:48 — CLERK; RECEIVED HENRICO SHERIFF OFFICE 2021 JUL 12 A 10:38)*

---

**RETURN OF SERVICE**

[ ] Personal Service    [ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

..................................................................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.
[ ] Served on the Clerk of the State Corporation Commission pursuant to Virginia Code § 8.01-513.
[ ] Served on registered agent of the corporation. List name and title: ..............................................

..................................................................................................................

[ ] By substituted service on the registered agent pursuant to Virginia Code § 8.01-299(3)

[ ] Served on the Commissioner of the Department of Motor Vehicles.
FOR GARNISHMENT OF FEDERAL WAGES ONLY:
[ ] Pursuant to 5 U.S.C. § 5520a, service by certified or registered mail, return receipt requested.

| [ ] not found | ........................................................................, Sheriff |
|---|---|
| Date: ................................ | by ................................................, Deputy Sheriff |
| | CITY OR COUNTY |

FORM CC-1405 MASTER 07/16

NAME: KOSLOW, CHAD

    4509 SADLER GROVE CT , HENRICO, VA. 23060

☐ PERSONAL SERVICE

☒ Being unable to make personal service, a copy was
delivered in the following manner
☐ Delivered to person found in charge of usual place of business or
employment during normal business hours and giving information to its
purport

--------------------------------------------------------------------------------
☐ Delivered to family member (not temporary sojourner or guest) age 16 or
older at usual place of abode of party named above giving information of its
purport. List name, age of recipient and relation of recipient to party named
above

--------------------------------------------------------------------------------
☒ Posted on the common door of usual place of abode, address listed above.
(Other authorized recipient not found.)
☐ Copy mailed to judgement debtor on date below after serving the
garnishee unless a different date is shown below
☐ No envelope provided

--------------------------------------------------------------------------------
☐ Evicted          ☐ Not Evicted
☐ Served on registered agent
☐ Not Found

☐ No Levy Required

☐ Not in this jurisdiction

| ☐ NO EFFECTS FOUND | DEPUTY SHERIFF |
| --- | --- |
|  | Compton, M. |
| 07/13/2021<br>Date | FOR: Sheriff Alisa A. Gregory<br>Henrico County, Virginia |

**Paper Number: 3538618**
**Court Case Number: CL21000517-00**
Notes:



**PROOF OF SERVICE**
COMMONWEALTH OF VIRGINIA
Rule 3:6

Case No. ......CL21000517-00................................

Service No. ................................................ (Clerk's use only)

ROCKBRIDGE
.................................................................................................................................. Circuit Court

20 SOUTH RANDOLPH STREET, SUITE 101, LEXINGTON, VIRGINIA 24450
ADDRESS OF COURT

KING, NYAH, (AN INFANT), KING, SHORRI     v.          BRANHAM, CHARLIE, W

Service on: CHARLIE BRANHAM

5029 KLOECKNER ROAD                          LOUISA COUNTY
GORDONSVILLE, VA 22942                         CITY OR COUNTY

Return shall be made hereon, showing service of the following:

[X] Summons issued on: .................................. JULY 6, 2021 .....................
                                              DATE

[ ] Order dated ...........................................

[ ] ........................................

with a copy of the following documents filed on .................... JULY 6, 2021 ............ attached:
                                                              DATE
COMPLAINT

JUL 0 9 2021

RECEIVED

*No longer lives @ this Address*

**RETURN OF SERVICE**

[ ] Personal Service    [ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.
[ ] Served on the Clerk of the State Corporation Commission pursuant to Virginia Code § 8.01-513.
[ ] Served on registered agent of the corporation. List name and title: ..............................................................
...........................................................................................................................................................
[ ] By substituted service on the registered agent pursuant to Virginia Code § 8.01-299(3)

[ ] Served on the Commissioner of the Department of Motor Vehicles.
FOR GARNISHMENT OF FEDERAL WAGES ONLY:
[ ] Pursuant to 5 U.S.C. § 5520a, service by certified or registered mail, return receipt requested.

[X] not found                          D. A. Lowr ..................................., Sheriff

Date: ....7/13/21......    by ......S. Gibson................................., Deputy Sheriff

.................................................................................
CITY OR COUNTY

FORM CC-1405 MASTER 07/16

LAW OFFICE OF

# ROBERT HARRINGTON & ASSOCIATES

1011 BOULDER SPRINGS DRIVE, SUITE 250
RICHMOND, VA 23225
DIRECT DIAL: (804) 346-6595
FACSIMILE: (855) 721-4005
E-MAIL: LAURALEE.MILLER@SELECTIVE.COM

July 29, 2021

Hon. Michelle M. Trout – Clerk
Rockbridge Circuit Court
Rockbridge County Courthouse
20 South Randolph Street, Ste. 101
Lexington, Virginia 24450-2552

> Re: *Nyah King, an infant, by Shorri King, her next friend v. Charlie W. Branham, et ano.*
> Rockbridge Circuit Court Case No. CL21000517-00

Dear Hon. Trout:

Please find for filing on behalf the Defendants, Charlie W. Branham and Eco Hauling, Inc., Notice of Filing in the aforementioned matter.

Also enclosed is an additional copy of the Notice of Filing that I request be sent back to my office in the self-addressed envelope provided once the notice has been marked as filed.

Should you have any questions or concerns regarding the enclosed, please do not hesitate to reach out to me directly at (804) 422-6161 or to my legal assistant, Tasha Linton, at (804) 422-6181.

Sincerely,

Donald E. Morris

DEM/tml
Encl.

cc: Kristopher R. Olin, Esq. (via e-mail)
Charlie W. Branham (via e-mail)
Chad Koslow (via e-mail)
Chrystal Stiles – 21535471 (via e-mail)

A STAFF COUNSEL OFFICE OF SELECTIVE INSURANCE COMPANY OF AMERICA

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR ROCKBRIDGE COUNTY

| | | |
|---|---|---|
| NYAH KING, AN INFANT, BY<br>SHORRI KING, HER NEXT FRIEND, | )<br>)<br>) | |
|     Plaintiff, | ) | |
| v. | )<br>) | Case No. CL21000517-00 |
| CHARLIE W. BRANHAM and<br>ECO HAULING, INC., | )<br>)<br>) | |
|     Defendants. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that the Defendants, Charlie W. Branham and Eco Hauling,

Inc., by and through the undersigned counsel, hereby give notice to this Court of the filing of its

Notice of Removal on July 28, 2021 under the case number of 6:21-cv-00042-NKM in the

United States District Court for the Western District of Virginia, Lynchburg Division, attached

herein as **Exhibit "1"**.

Respectfully submitted,

CHARLIE W. BRANHAM AND ECO
HAULING, INC.

By: _Donald E. Morris_

Donald E. Morris, Esq. (VSB #72410)
Robert Harrington & Associates
1011 Boulder Springs Drive, Ste. 250
Richmond, Virginia 23225
Direct Line: (804) 422-6181; Fax: (855) 721-4005
E-mail: donald.morris@selective.com

*Counsel for Defendants Charlie W. Branham*
*and ECO Hauling, Inc.*

## CERTIFICATE OF SERVICE

On July 29, 2021, I hereby certify that the foregoing document was e-mailed to counsel for Plaintiff, Kristopher R. Olin, Esq. of the lawfirm Spicer Olin & Associates, PC located at 504 South Main Street, Blacksburg, Virginia 24060, with the e-mail address of kolin@spicerlawfirm.com.

By: _____
    Donald E. Morris, Esq.

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/28/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Lynchburg Division)

| | | |
|---|---|---|
| N. K., AN INFANT, BY SHORRI KING, HER NEXT FRIEND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. __6:21CV00042__ |
| | ) | |
| CHARLIE W. BRANHAM and ECO HAULING, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

**COMES NOW**, Defendants, Charlie W. Branham and Eco Hauling, Inc. (hereinafter collectively as "Defendants"), by and through the undersigned counsel, hereby give notice of removal of the above action from the Circuit Court for the County of Rockbridge (hereinafter "Circuit Court"), to the United States District Court for the Western District of Virginia, Lynchburg Division, pursuant to 28 U.S.C. §1332(a), §1441, and §1446.

As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, the Defendants state as follows:

1.      Pending in the Circuit Court for the County of Rockbridge, Virginia, there is a Complaint styled *N. K., an Infant, by Shorri King, her next friend v. Charlie W. Branham and Eco Hauling, Inc.*, under case number CL21000517-00 (hereinafter "the State Court Action"). The Complaint in the State Court Action was filed on or about July 6, 2021 and is attached hereto as **Exhibit "A"**.

DEFENDANT'S
EXHIBIT

1

tabbies

2.     Defendant Eco Hauling, Inc., was served with a copy of the Complaint in the State Court Action on or about July 13, 2021.

3.     Defendant Charlie W. Branham received a mailed copy of the Complaint on or about July 7, 2021 at his Virginia address.

4.     There have been no further proceedings in the State Court Action.

5.     This Notice of Removal is filed within thirty (30) days upon which Defendants first received a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. §1446(b).

7.     The State Court Action is properly removed under 28 U.S.C. §1441(a) because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as explained below.

8.     Defendants are informed and believe that Plaintiff, N. K., an infant, and Shorri King, her next friend, reside in the State of Tennessee due to the following:

(a)     Contained within the documents provided by Plaintiff to Defendants' insurance carrier on or about January 6, 2020, are medical records listing Plaintiff's address as 2106 Cypress Dr., Murfeesboro, Tennessee 37130. Attached as **Exhibit "B"** are portions of the aforementioned records.

9.     Plaintiff's Complaint seeks damages in the amount of Two Hundred Thousand Dollars and No Cents ($200,000.00)

10.     Eco Hauling, Inc., is a stock corporation of the Commonwealth of Virginia with its principal office located at 384 Pendleton Road, Mineral, Virginia 23117, as evidenced by the SCC Clerk's Information System results attached hereto as **Exhibit "C"**.

11.     Charlie Branham is a Virginia resident.

12.     This action is properly moved on the grounds of diversity jurisdiction because (a) complete diversity exists between the Plaintiff and Defendants, and (b) the amount in controversy herein exceeds the sum or value of Seventy-Five Thousand Dollars and No Cents ($75,000.00), exclusive of interest and costs.

13.     Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for the County of Henrico, Virginia, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants Charlie W. Branham and Eco Hauling, Inc., respectfully request that this case proceed before this Court as an action properly removed.

Respectfully submitted,

CHARLIE W. BRANHAM AND ECO HAULING, INC.

By:  /s/ Donald E. Morris

Donald E. Morris, Esq. (VSB #72410)
Robert Harrington & Associates
1011 Boulder Springs Drive, Ste. 250
Richmond, Virginia 23225
Direct Line: (804) 422-6181; Fax: (855) 721-4005
E-mail: donald.morris@selective.com

*Counsel for Defendants Charlie W. Branham
and ECO Hauling, Inc.*



## CERTIFICATE OF SERVICE

On July 28, 2021, I hereby certify that the foregoing document was e-mailed to counsel for Plaintiff, Kristopher R. Olin, Esq. of the lawfirm Spicer Olin & Associates, PC located at 504 South Main Street, Blacksburg, Virginia 24060, with the e-mail address of kolin@spicerlawfirm.com.

By:   /s/Donald E. Morris
        Donald E. Morris, Esq.

**VIRGINIA:** **IN THE CIRCUIT COURT FOR ROCKBRIDGE COUNTY**

███████ AN INFANT, BY
SHORRI KING, HER NEXT
FRIEND,

          *Plaintiff*,

*v.*

CHARLIE W. BRANHAM
Serve: 5029 Kloeckner Road
      Gordonsville, VA 22942

AND

ECO HAULING INC.
Serve: Chad Koslow,
      Registered Agent
      4509 Sadler Grove Court
      Glen Allen, VA 23060

          *Defendants.*

Case No. _____

## COMPLAINT

COMES NOW, the plaintiff, ████████, an infant, who sues by her next friend,

Shorri King, by counsel, and moves for judgment against defendants, Charlie W.

Branham ("Branham") and ECO Hauling, Inc. ("ECO Hauling") jointly and severally,

on the grounds and in the amount set forth below:

    1.    On or about June 1, 2015, the Plaintiff was a passenger in an

automobile, driven by Alexander S. King. This automobile was traveling east on

Route 606 in Rockbridge County, Virginia.



*████ AN INFANT, BY HER NEXT FRIEND, SHORRI KING V. CHARLIE W. BRANHAM, ET AL.,*
*COMPLAINT*
*Page 1 of 5*

Exhibit "A" -- Page 1 of 5

2.      The vehicle, of which Plaintiff was a passenger, was lawfully traveling east in their lane at the time of the accident on said highway.

3.      At the same time and place, the defendant Branham was operating a truck owned and/or leased by defendant ECO Hauling.

3.      At that time and place, defendant Branham was an employee (agent) acting within the scope of his authority and on behalf of the defendant ECO Hauling.

4.      At that time and place it was duty of defendant Branham to operate his vehicle with reasonable care and with due regard for others using the road.

5.      Notwithstanding said duties, defendant Branham carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently operated his vehicle with a conscious disregard for others so that it collided with the plaintiff's vehicle with great force and violence.  Defendant Branham was negligent in that he:

(a)     Failed to keep a proper lookout;

(b)     Failed to obey traffic signs;

(c)     Failed to maintain their lane;

(d)     Failed to maintain proper control of his vehicle;

(e)     Operated his vehicle unreasonably under the circumstances and conditions then and there existing; and

(f)     Breached other duties as discovered during discovery in this matter.

6.      As a result of the motor vehicle crash at issue, defendant Branham was charged with driving vehicle which is not under control pursuant to Virginia Code § 46.2-853.

7.      Defendant ECO Hauling had a duty to properly hire, retain, and entrust its vehicles to persons who are fit for duty as a commercial driver.

8.     Notwithstanding said duties, defendant ECO Hauling carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently hired, retained, and entrusted defendant Branham with driving a commercial vehicle which it owned or leased, even though it knew, or had reason to know, that defendant Branham was an unfit driver likely to cause harm to others, which were the proximate cause of this accident.

9.     Defendant ECO Hauling had a duty to ensure that its vehicles, drivers, and operations followed the provisions of either the Virginia Motor Carrier Safety Regulations (19VAC30-20, et al.) or the Federal Motor Carrier Safety Regulations (49 CFR Chapter III).

10.     Notwithstanding said duties, defendant ECO Hauling carelessly, recklessly, willfully, wantonly, with gross negligence, and negligently failed to follow a number of the applicable regulations, which were the proximate cause of this accident.

11.     As a direct and proximate result of the carelessness, negligence, gross negligence and recklessness of the defendants, the plaintiff, ███████, was caused to sustain serious and permanent injuries, has been prevented from transacting her business and has suffered and will continue to suffer great pain to body and mind, including excruciating and agonizing pains, aches, mental anguish, emotional distress, loss of enjoyment of life, humiliation and limitation in restriction of her usual duties, pursuits and pleasures and has sustained permanent disability and has occurred and will incur in the future hospital, doctors and related bills in an effort to be cured of said injuries.

WHEREFORE, the plaintiff, ▆▆▆▆▆ an infant, by her next friend, Shorri

King demands judgment against the defendant, in the sum of Two Hundred

Thousand Dollars ($200,000.00) in compensatory damages, with her costs

expended in this action, all with interest as allowed by law.

### TRIAL BY JURY IS HEREBY DEMANDED

Respectfully Submitted,
▆▆▆▆▆ AN INFANT, BY HER NEXT
FRIEND SHORRI KING

By: _____

Of Counsel

Kristopher R. Olin (VSB No.: 78890)
SPICER OLIN & ASSOCIATES, PC
504 South Main Street
Blacksburg, VA 24060
(540) 552-0007 telephone
(540) 951-5139 facsimile
*Attorney for the Plaintiff*

## CERTIFICATE OF MAILING

I, Kristopher R. Olin, do hereby certify that on this 29th day of June, 2021 a true and correct copy of the foregoing Complaint was mailed, postage prepaid, to the following individuals:

Charlie W. Branham
5029 Kloeckner road
Gordonsville, VA 22942

ECO Hauling, Inc.
R.A.: Chad Koslow
4509 Sadler Grove Court
Glen Allen, VA 23060

Jeffrey Shreve, Claims Adjuster
Selective Insurance Company of America
P.O. Box 7262
London, KY 47042

Kristopher R. Olin

Case 6:21-cv-00042-NKM Document 1-2 Filed 03/28/21 Page 1 of 4 Pageid#: 9
Case 6:21-cv-00042-NKM Document 9-1 Filed 08/23/21 Page 1 of 4 Pageid#: 62
From:                                                          11/05/15 09:18     #617 P.001/001

Page 1 of 1

## Billing Summary: █████████████████

# CAPSTONE
# PEDIATRICS, PLLC

*printed 11/05/2015 08:23 AM*

CAPSTONE PEDIATRICS, PLLC
310 25TH AVE. N, SUITE 201
NASHVILLE, TN 37203-1593
*billing phone: (615) 321-0098*

GUARANTOR NAME AND ADDRESS

SHORRI KING
2106 CYPRESS DR
MURFREESBORO, TN 37130

| PATIENT # | PATIENT NAME |
| ████████ | ██████████ |
| DOB | HOME TELEPHONE |
| ███████ | (615) 491-8284 |

## Billing Summary

| Claim ID | Procedure | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

PRIVATE PAY
UNKNOWN

MURFREESBORO, TN 37128.7687

## 1500

### HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | PICA | | | | | | | | | PICA | |

| 1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) U |
|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE ___ SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

5. PATIENT'S ADDRESS (No., Street)
2106 CYPRESS DRIVE

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
2106 CYPRESS DRIVE

| CITY MURFREESBORO | STATE TN | 8. PATIENT STATUS Single ☐ Married ☐ Other ☒ | CITY MURFREESBORO | STATE TN |

| ZIP CODE 37130 | TELEPHONE (Include Area Code) ( 615 ) 842-7887BETTY | | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE 37130 | TELEPHONE (Include Area Code) ( 615 ) 842-7887BETTY |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH ___ M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH ___ SEX M ☐ F ☐

b. AUTO ACCIDENT? PLACE (State)
YES ☐ NO ☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
PRIVATE PAY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☒   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. **Signature on File**

SIGNED _____ DATE 08/25/2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. **Signature on File**

SIGNED _____

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM ___ TO ___ |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM ___ TO ___

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. L 739.1    3. L 739.2
2. L 781.92   4. L 739.3

22. MEDICAID RESUBMISSION CODE ___ ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 06 | 25 | 15 | 06 | 25 | 15 | 11 | | | | | | | | NPI | G2HOLD |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER      SSN EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐ | 28. TOTAL CHARGE $ 65.00 | 29. AMOUNT PAID $ 0.00 | 30. BALANCE DUE $ 65.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED PETER CAMIOLO DC   DATE 08/26/2015

32. SERVICE FACILITY LOCATION INFORMATION
PETER A CAMIOLO
548 BRANDIES CIRCLE SUITE 101
MURFREESBORO, TN, 37128.7687

33. BILLING PROVIDER INFO & PH #  ( )
REVOLUTION CHIROPRACTIC
548 BRANDIES CIRCLE SUITE 101
MURFREESBORO, TN, 371287687
615-867-7693

G2HOLD

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Exhibit "B" – Page 2 of 4

# TOA

## TENNESSEE ORTHOPAEDIC ALLIANCE

STATEMENT

IF PAYING BY CREDIT CARD, FILL OUT BELOW
CHECK CARD USING FOR PAYMENT
☐ AMERICAN EXPRESS  ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA

| CARD NUMBER | | CVV | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 11/05/15 | $0.00 | 437847 |

| SHOW AMOUNT PAID HERE | $ |
|---|---|

ADDRESSEE:

Shorri King
2108 Cypress Drive
Murfreesboro, TN 37130

REMIT TO:

Tennessee Orthopaedic Alliance
PO Box 9124
Minneapolis, MN 55480-9124

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

(615) 695-1456

Contact TOA With Billing Questions

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 06/30/15 | ENCOUNTER FOR WITH CHRISTOFERSEN MD, MARK R | | | | |
| 09/08/15 | ENCOUNTER FOR WITH CHRISTOFERSEN MD, MARK R | | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MESSAGE:
If you have recently submitted payment, please accept our thanks and disregard this notice.

| PLEASE PAY THIS AMOUNT »»»» | $0.00 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

## TENNESSEE ORTHOPAEDIC ALLIANCE

| For Office Use Only: Date: JUN 3 0 2015   Acct #: ██████ | | Phys: DV BOGUS ✗ | ☐ New  ☑ Update |
|---|---|---|---|

**Patient's Legal Name:** | | | **Previous Last:**
Last: ██████   First: ██████   Middle: ██████

**Social Security:** ( )  **Birthdate:** ██████  **Sex:** Female

**Billing Address: (Please do not use a P. O. Box number.)**  ☑ Current  ☐ Home  ☐ Work  ☐ Mailing
Street: 2106 Cypress Dr.   City: Murfreesboro  State: TN  Zip: 37130
**Secondary Address: (Please do not use a P. O. Box number.)**  ☐ Current  ☐ Home  ☐ Work  ☐ Mailing
Street:   City:   State:   Zip:

**Race:** ☐White  ☐Asian  ☒Black/African Amer.  ☐Native Amer.  ☐Pacific  ☐Decline  ☐Other_____
**Language:**  ☐ English  ☐ Spanish  ☐ Decline  ☐ Other   TOA has a Fed. requirement to collect this
**Ethnicity:**  ☐ Latino  ☐ Not Latino  ☐ Unknown  ☐ Decline   info, and additional info, as noted on this form.

**Marital Status:** Single  **Student Status:** Student+  **Primary Care Physician:** Dr. Devin Bogus
**Home Phone: (Include Area Code)** ( )  **Day Phone: (Include Area Code)** (615) 882-6759  **Alternate Phone: (Include Area Code)** ( )
**Cell Phone: (Include Area Code)** (615) 491-8284  **Email:** svsells4u@yahoo.com

**Patient Employer (or School):**   **Patient Occupation:** Student

**Spouse's Name:** N/A  **Spouse's Social Security:** N/A  **Spouse's Date of Birth:** N/A  **Spouse's Daytime Phone:** ( )

**Emergency Contact:** (Not living in Same Household) Betty Crockett  **Contact's Phone: (Include Area Code)** (615) 482-1887
**Emergency Contact's Address:**
Street: 3020 S Rutherd Blvd Apt. # B7  City: M'boro  State: TN  Zip: 37130
**Contact's Relationship to Patient:**

**IF PATIENT IS RESPONSIBLE FOR ALL AMOUNTS DUE, PLEASE SKIP TO INSURANCE SECTION BELOW.**

**Name of Responsible Party for Payment:**   **Social Security #:**
Last: King   First: Shorri  Middle Initial: R
**Responsible Party's Relationship to Patient:**  **Sex:**  **Date of Birth:**  **Marital Status:**
☒ Parent  ☐ Spouse  ☐ Legal Guardian  ☒ Female  ██████  ☐ Married  ☐ Single
☐ Other (specify):  ☐ Male  ☒ Divorced  ☐ Widowed
**Address of Responsible Party:**
Street: 2106 Cypress Dr.   City: Murfreesboro  State: TN  Zip: 37130
**Responsible Party Home Phone: (Include Area Code)** (615) 491-8284  **Responsible Party Work Phone: (Include Area Code)** (615) 882-6759

**☒ PRIMARY INSURANCE**  **Insurance Company Name:**  **Insured's Employer:** ██████
Subscriber ID: ██████  Group ID: ██████
**Policy Holder's Information:**  **Patient's Relation to Policy Holder:** ☐ Self  ☐ Spouse  ☒ Child  ☐ Other
Name: Shorri King  Birthdate:  Social Security #  Sex: F

**☐ SECONDARY INSURANCE**  **Insurance Company Name:**  **Insured's Employer:**
High-deductible plan?  ☐ Yes  ☐ No
Subscriber ID:  Group ID:
**Policy Holder's Information:**  **Patient's Relation to Policy Holder:** ☐ Self  ☐ Spouse  ☐ Child  ☐ Other
Name:  Birthdate:  Social Security #:  Sex:

I acknowledge that all of the above information is correct. I hereby authorize TOA physicians and staff to perform upon me or
the above named patient any examination(s), x-ray(s), and/or test(s) required for treatment of my orthopaedic illness or injury.

**Patient/Parent/Guardian:** Shorri King   **Date:** 6/26/15
Page 2 of 6 Form# 01-36   Signature

---

Name: King, Nyah   DOB: 12/13/2010   Date:

## Entity Information

---

### Entity Information

| | | | |
|---|---|---|---|
| **Entity Name:** | Eco Hauling Inc. | **Entity ID:** | 07598543 |
| **Entity Type:** | Stock Corporation | **Entity Status:** | **Active** |
| **Series LLC:** | N/A | **Reason for Status:** | Active and In Good Standing |
| **Formation Date:** | 01/10/2013 | **Status Date:** | 03/03/2021 |
| **VA Qualification Date:** | 01/10/2013 | **Period of Duration:** | Perpetual |
| **Industry Code:** | 0 - General | **Annual Report Due Date:** | N/A |
| **Jurisdiction:** | VA | **Charter Fee:** | $50.00 |
| **Registration Fee Due Date:** | Not Required | | |

---

### Registered Agent Information

| | | | |
|---|---|---|---|
| **RA Type:** | Individual | **Locality:** | HENRICO COUNTY |
| **RA Qualification:** | Director of the Corporation | | |
| **Name:** | Chad Koslow | **Registered Office Address:** | 4509 Sadler Grove Ct, Glen Allen, VA, 23060, USA |

---

### Principal Office Address

| | |
|---|---|
| **Address:** | 384 PENDLETON RD, MINERAL, VA, 23117, USA |

---

### Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| OFFICER | Yes | LORI KOSLOW | 371 SORBIE LANE, MINERAL, VA, 23117 - 0000, USA | 01/19/2018 |

---

### Current Shares

| | |
|---|---|
| **Total Shares:** | 2000 |

Filing History    RA History    Name History    Previous Registrations    Garnishment Designees    Image Request

(Back) (Return to Search) (Return to Results)

Back to Login

Exhibit "C" – Page 1 of 1

JS 44 (Rev. 10/20)                                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| N. K., an infant, by Shorri King, her next friend | Charlie W. Branham and ECO Hauling, Inc. |

**(b)** County of Residence of First Listed Plaintiff   Rutherford County, TN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Orange County, VA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kristopher R. Olin, Esq. of Spicer, Olin & Assoc., P.C.
504 South Main Street, Blacksburg, VA 24060
(540) 552-0007; VSB No. 78890

Attorneys *(If Known)*
Donald E. Morris, Esq. of Robert Harrington & Assoc.
1011 Boulder Springs Dr., Ste. 250, Richmond, VA 23225;
(804) 422-6161; VSB No. 72410

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                                    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine   Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☒ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other   ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee -   Conditions of   Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332(a), §1441, and §1446
Brief description of cause:
MVA on 06/01/2015 when a tractor-trailer made a right hand turn and the trailer to flipped over & struck Plaintiff's host veh.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $   $200,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions:)*
JUDGE _____   DOCKET NUMBER _____

DATE   July 28, 2021
SIGNATURE OF ATTORNEY OF RECORD   /s/ Donald E. Morris, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #   AVAWDC-3755263   AMOUNT   $402   APPLYING IFP _____   JUDGE   Moon   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

FILED
ROCKBRIDGE COUNTY
CIRCUIT COURT

2021 AUG -2 P 12: 24

CLERK/DEP. CLERK